# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

December 10, 2019

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Stephanie Pascal</u>
Ind. No. 19 Cr. 789 (PGG)

Dear Judge Gardephe:

This letter is respectfully submitted to request a modification of Ms. Pascal's conditions of release so that she may travel to Virginia on December 22 to spend the Christmas holidays with her brother who resides there, and return on December 30. The government has no objection. Pre-Trial takes no position. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Mathew Andrews, Esq.
Courney DeFeo, P.T.S.O.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec 17, 2019