Case 1:19-cr-00789-PGG   Document 325   Filed 12/07/20   Page 1 of 1



Andrew A. Monteleone, Esq.
Jarad L. Siegel, Esq.

**MONTELEONE & SIEGEL PLLC**

COUNSELORS AT LAW

1539 Franklin Avenue, Suite 300, Mineola, New York 11501
Telephone: 516-746-0002 | Fax: 516-742-1679
amjslaw.com

MEMO ENDORSED

The Application is granted.
SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 7, 2020

December 4, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

CONSENT LETTER MOTION

Re:   United States v. Stephanie Pascal (Rose, et. al.), 19 Cr. 789 (PGG)

Your Honor:

    I am writing to request a one-time modification of my client's bail conditions. My client's travel restrictions include Southern and Eastern District of New York.

    My application is that the Court grant permission for her to travel to Virginia on December 21, 2020, returning to New York on December 28, 2020 so that she can be with family over the holidays.

    I communicated this request to both AUSA Louis Pellegrino and Pre-Trial Officer Courtney DeFeo. Neither had an objection to my client travelling.

    Thus, I request that Ms. Pascal be allowed to travel to Virginia on December 21, 2020, to return on December 28, 2020, and that all other conditions of her bail bond remain the same.

    I thank you for your consideration.

Very Truly Yours,

Andrew A. Monteleone

Cc:   AUSA Louis Pellegrino, by ECF and email
       PTSA Courtney DeFeo, by email