```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket #1:19-cr-00789-PGG-14
                                     :
     -against-                       :   ORDER
                                     :
Stephanie Pascal                     :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

Paul G. Gardephe, United States District Judge:

With the consent of the Defendant (see Dkt. No. 368), it is hereby ORDERED that the Defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       April 1, 2021

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge