UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| - v. - | 19 Cr. 789 (PGG) |
| STEPHANIE PASCAL,<br>    a/k/a "Steph,"<br>    a/k/a "P5," | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Stephanie Pascal's sentencing will take place on **November 9, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Pascal are due by **October 19, 2021**. The Government's submission is due by **October 26, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Pascal.

Dated: New York, New York
       June 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

1