

Andrew A. Monteleone, Esq.
Jarad L. Siegel, Esq.

**MONTELEONE & SIEGEL PLLC**

COUNSELORS AT LAW

1539 Franklin Avenue, Suite 300, Mineola, New York 11501
Telephone: 516-746-0002 | Fax: 516-742-1679
amjslaw.com

February 4, 2021

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007                    CONSENT LETTER MOTION

Re:   United States v. Stephanie Pascal (Rose, et. al.), 19 Cr. 789 (PGG)

Your Honor:

    I am writing to request the release of my client's passport back to my client.

    My application is that the Court grant the release of the passport back to her so that she may travel, with Probation's permission, to visit family.

    I communicated this request to AUSA Louis Pellegrino he had an no objection to returning my client's passport.

    I thank you for your consideration.

Very Truly Yours,

Andrew A. Monteleone

Cc:   AUSA Louis Pellegrino, by ECF and email

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: February 7, 2022